■ CLARENCE CENTRAL SCHOOL DISTRICT, Respondent, v AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant. [646 NYS2d 479] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court, Howe, J. We add only that, pursuant to the terms of the policies at issue here, the intentional acts of plaintiff's employee do not deprive plaintiff of coverage (see, *Morgan v Greater N. Y. Tax Payers Mut. Ins. Assn.*, 305 NY 243). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Davis, JJ.